UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNESTO SANDOVAL, | ) | 1:06-CV-01235-LJO-NEW(DLB)-HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE TRAVERSE |
| | ) | |
| JAMES YATES, | ) | (Docs. 15, 16, 17) |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 5, 2007, March 12, 2007, and March 19, 2007, petitioner filed motions for an extension of time to file a traverse, in response to the answer filed by respondent on February 16, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

Dated:   **April 24, 2007**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE