1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT FOR THE
7              EASTERN DISTRICT OF CALIFORNIA
8
9    ERNESTO SANDOVAL,              )    1:06-CV-01235 LJO JMD HC
                                    )
10            Petitioner,           )    ORDER GRANTING PETITIONER'S
                                    )    SECOND MOTION FOR EXTENSION OF
11       v.                         )    TIME TO FILE OBJECTIONS TO
                                    )    FINDINGS AND RECOMMENDATION
12   JAMES YATES,                   )
                                    )    (DOCUMENT #26)
13            Respondent.           )
                                    )    THIRTY DAY DEADLINE
14   _____ )

15        Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C.
16   § 2254.
17        On November 19, 2008, petitioner filed a motion to extend time to file objections to the
18   findings and recommendation.  Good cause having been presented to the court and GOOD
19   CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:
20        Petitioner is granted thirty days from the date of service of this order in which to file
21   objections to the findings and recommendation.
22
23
24   IT IS SO ORDERED.
25   **Dated:    November 21, 2008**          _____/s/ John M. Dixon_____
                                             UNITED STATES MAGISTRATE JUDGE
26
27
28